884

No. 97–5248. ALTSCHUL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97–5249. SPENCER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–5250. MILLER v. CORCORAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–5251. KYKTA v. WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 97–5252. BRENSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5254. DEERWESTER v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 97–5256. HAYNES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5258. FOROUGHI v. INDUSTRIAL COMMISSION OF ARIZONA ET AL. Ct. App. Ariz. Certiorari denied.

No. 97–5259. HOLMAN v. TEXAS. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 97–5260. EPPS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 97–5261. HARP v. MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–5262. HILI v. GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 97–5263. REED v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5265. SEALS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.